Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBALT PARTNERS, L.P., et al.,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>SUNEDISON, INC., et al.,<br><br>　　　　　　　　Defendant(s). | Case No: 3:16-cv-02263<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Michael G. Bongiorno, an active member in good standing of the bar of the Supreme Court of MA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Peter Blackmore in the above-entitled action. My local co-counsel in this case is Brett Hammon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>950 Page Mill Road<br>Palo Alto, CA 94304 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 937-7220 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6182 |
| MY EMAIL ADDRESS OF RECORD:<br>Michael.Bongiorno@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Brett.Hammon@wilmerhale.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 558748.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/12/16　　　　　　　　　　　　　　　　　　　Michael G. Bongiorno
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Michael G. Bongiorno is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 13, 2016.　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE