Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

COBALT PARTNERS, L.P., et al.,

          Plaintiff(s),

  v.

SUNEDSION, INC., et al.,

          Defendant(s).

Case No: 3:16-cv-02263

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Timothy Perla, an active member in good standing of the bar of the Supreme Court of MA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Peter Blackmore in the above-entitled action. My local co-counsel in this case is Brett Hammon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 60 State Street<br>Boston, MA 02109 | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 526-6696 | (650) 858-6182 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Timothy.Perla@wilmerhale.com | Brett.Hammon@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 660447.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/12/16

                                    Timothy Perla
                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Timothy Perla is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 13, 2016.

                                    [signature]
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE