ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JAMES I. JACONETTE (179565)
SCOTT H. SAHAM (188355)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
DENNIS J. HERMAN (220163)
DAVID W. HALL (274921)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dhall@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COBALT PARTNERS, LP, et al., | ) | Case No. 3:16-cv-02263-WHA |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [PROPOSED] |
| | ) | SCHEDULING ORDER |
| vs. | ) | |
| | ) | |
| SUNEDISON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

1150332_1

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective
2 undersigned counsel of record, submit the following stipulation and proposed order:
3  WHEREAS, on March 28, 2016, plaintiffs initiated this action by filing a Complaint in the
4 Superior Court of California, San Mateo County;
5  WHEREAS, on April 26, 2016, defendants removed this action to federal court;
6  WHEREAS, on May 20, 2016, defendants filed two motions to dismiss the Complaint on a
7 variety of grounds, *see* Dkt. Nos. 42-46;
8  WHEREAS, the motions are scheduled to be heard on August 18, 2016 at 8 a.m.;
9  WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, plaintiffs' responses to the motions are due
10 by June 3, 2016, and defendants' replies are due by June 10, 2016;
11  WHEREAS, due to the number and complexity of the issues raised in defendants' motions,
12 and in light of other anticipated filings in this action as well as the Memorial Day holiday and other
13 commitments, plaintiffs have requested additional time to prepare their responses to defendants'
14 motions;
15  WHEREAS, due to the number of issues to be considered and the anticipated complexity of
16 plaintiffs' responses to the motions, and in light of the other anticipated filings in this action as well
17 as the July Fourth holiday and other commitments, defendants have requested additional time after
18 receipt of plaintiffs' responses to prepare replies in support of their motions;
19  WHEREAS, the parties have met and conferred over the requested extension and negotiated
20 and agreed to the briefing schedule set forth below, which provides plaintiffs to and including July 1,
21 2016 to file their responses to the motions to dismiss and provides defendants until July 29, 2016 to
22 file their replies in support of their motions;
23  WHEREAS, the agreed schedule will not delay the scheduled hearing on defendants'
24 motions;
25  WHEREAS, plaintiffs previously agreed to provide defendants with an extension of time to
26 respond to the Complaint to May 20, 2016;
27  WHEREAS, no other extensions of time have been granted in this action.
28

1  NOW THEREFORE, the parties hereby agree and stipulate to the following deadlines:

2  1.  Plaintiffs' oppositions to defendants' motions shall be filed on or before July 1, 2016; and

4  2.  Defendants' replies shall be filed on or before July 29, 2016.

DATED: May 26, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
DAVID W. HALL


        s/ Dennis J. Herman
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
SCOTT H. SAHAM
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs Cobalt Partners, LP,
Cobalt Partners II, LP, Cobalt Offshore Master
Fund, LP and Cobalt KC Partners, LP

DATED: May 26, 2016

SIDLEY AUSTIN LLP
SARA B. BRODY


        s/ Sara B. Brody
SARA B. BRODY

555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  415/772-1200
415/772-7400 (fax)

1150332_1  STIPULATION AND [PROPOSED] SCHEDULING ORDER - 3:16-cv-02263-WHA  - 2 -

| | |
|---|---|
| | Attorneys for Defendants Ahmad Chatila, Brian Wuebbels, Martin Truong, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn |
| DATED:  May 26, 2016 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>BRETT HAMMON |

<u>s/ Brett Hammon</u><br>
BRETT HAMMON

950 Page Mill Road
Palo Alto, California 94304
Telephone:  650/858-6000
650/858-6100 (fax)

Attorneys for Defendant Peter Blackmore

| | |
|---|---|
| DATED:  May 26, 2016 | PATRICK D. ROBBINS<br>SHEARMAN & STERLING LLP |

<u>s/ Patrick D. Robbins</u><br>
PATRICK D. ROBBINS

535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone:  415/616-1210
415/616-1199 (fax)

Attorneys for Defendants Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Macquarie Capital (USA), Inc., MCS Capital Markets LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Morgan Stanley & Co. LLC

1  I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this
2 Stipulation and [Proposed] Scheduling Order.  In compliance with Civil Local Rule 5-1(i)(3), I
3 hereby attest that Sara B. Brody, Brett Hammon and Patrick D. Robbins have concurred in this
4 filing.

s/ Dennis J. Herman<br>DENNIS J. HERMAN

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 31, 2016.

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE