**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COBALT PARTNERS, LP, COBALT
PARTNERS II, LP, COBALT OFFSHORE
MASTER FUND, LP AND COBALT KC
PARTNERS, LP,

          Plaintiffs,

  v.

SUNEDISON, INC., AHMAD CHATILA,
BRIAN WUEBBELS, MARTIN
TRUONG, ALEJANDRO HERNANDEZ,
EMMANUEL HERNANDEZ, ANTONIO
R. ALVAREZ, PETER BLACKMORE,
CLAYTON DALEY JR., GEORGANNE
PROCTOR, STEVEN TESORIERE,
JAMES B. WILLIAMS, RANDY H.
ZWIRN, GOLDMAN, SACHS & CO., J.P.
MORGAN SECURITIES LLC, MORGAN
STANLEY & CO. LLC, MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED, DEUTSCHE BANK
SECURITIES INC., MACQUARIE
CAPITAL (USA), INC., MCS CAPITAL
MARKETS LLC and DOES 1- 25,
inclusive,

          Defendants.

No. C 16-02263 WHA

**ORDER RE MOTION TO
EXCEED PAGE LIMITS**

      The Court has received plaintiffs' request for leave to file a single 35-page brief in

opposition to defendants' motions to dismiss.  In lieu of filing two separate briefs, plaintiffs

1    may file a single *30-page* brief in opposition to defendants' motions to dismiss.

3        **IT IS SO ORDERED.**

5    Dated:  June 27, 2016.

6                                                          WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2