Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
Sarah A. Hemmendinger, SBN 298659
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Norman J. Blears, SBN 95600
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone:   (650) 565-7000
Facsimile:   (650) 565-7100

*Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al.,<br><br>             Plaintiffs,<br><br>      vs.<br><br>SUNEDISON , INC., et al.,<br><br>             Defendants. | Case No. 3:16-cv-02264-WHA<br><br>***PRO HAC VICE* APPLICATION OF ROBIN E. WECHKIN**<br><br>Judge:  Hon. William Alsup<br><br>*Related Cases*:<br>Case No. 3:16-cv-02263-WHA<br>Case No. 3:16-cv-02265-WHA<br>Case No. 3:16-cv-02268-WHA |

I, Robin E. Wechkin, an active member in good standing of the bar of the Washington State Supreme Court and all the courts of the State of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn in the above-entitled action.  My local co-counsel in this case is Sara B. Brody, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br><br>SIDLEY AUSTIN LLP<br>701 Fifth Avenue<br>42nd Floor<br>Seattle, Washington 98104 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br><br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California  94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br><br>(206) 262-7680 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br><br>(415) 772-1200 |
| MY EMAIL ADDRESS OF RECORD:<br><br>rwechkin@sidley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br><br>sbrody@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24746.

A true and correct copy of a certificate of good standing from the Supreme Court of Washington is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 6, 2016                                    s /Robin E. Wechkin
                                                                    Robin E. Wechkin

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robin E. Wechkin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  July 14, 2016.

UNITED STATES DISTRICT JUDGE WILLIAM ALSUP

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION OF ROBIN E. WECHKIN