IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBALT PARTNERS, LP, COBALT PARTNERS II, LP, COBALT OFFSHORE MASTER FUND, LP AND COBALT KC PARTNERS, LP,<br><br>Plaintiffs,<br><br>v.<br><br>SUNEDISON, INC., AHMAD CHATILA, BRIAN WUEBBELS, MARTIN TRUONG, ALEJANDRO HERNANDEZ, EMMANUEL HERNANDEZ, ANTONIO R. ALVAREZ, PETER BLACKMORE, CLAYTON DALEY JR., GEORGANNE PROCTOR, STEVEN TESORIERE, JAMES B. WILLIAMS, RANDY H. ZWIRN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., MACQUARIE CAPITAL (USA), INC., MCS CAPITAL MARKETS LLC and DOES 1- 25, inclusive,<br><br>Defendants.<br><br>AND RELATED CASES. | No. C 16-02263 WHA<br><br>*Related Cases:*<br><br>Case No. 3:16-cv-02264-WHA<br>Case No. 3:16-cv-02265-WHA<br>Case No. 3:16-cv-02268-WHA<br><br>**NOTICE REGARDING POSTPONEMENT OF HEARING ON MOTION TO DISMISS** |

For the benefit of counsel, notice is hereby provided that the hearing on the motion to dismiss in *Cobalt Partners, LP, et al. v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02263-WHA, has been postponed to a date to be determined after resolution of the pending motion to remand and motion to transfer.

The hearings on the motions to remand and motions to transfer will take place as scheduled on August 18, 2016, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE