Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GLENVIEW CAPITAL PARTNERS, L.P., et al.,

    Plaintiff(s),

v.

SUNEDISON, INC., et al.,

    Defendant(s).

Case No: 3:16-cv-02264

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rachel L. Gargiulo, an active member in good standing of the bar of Mass. Supreme Judicial Ct., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TerraForm Global, Inc., Peter Blackmore in the above-entitled action. My local co-counsel in this case is Jie (Lisa) Li, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 60 State Street<br>Boston, MA 02109 | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6105 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 600-5031 |
| MY EMAIL ADDRESS OF RECORD:<br>Rachel.Gargiulo@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Lisa.Li@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 690747.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/08/16

                Rachel L. Gargiulo
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachel L. Gargiulo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 8, 2016.

                UNITED STATES DISTRICT/MAGISTRATE JUDGE