ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JAMES I. JACONETTE (179565)
SCOTT H. SAHAM (188355)
SUSAN G. TAYLOR (190753)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
jcaringal@rgrdlaw.com
    – and –
DENNIS J. HERMAN (220163)
DAVID W. HALL (274921)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dhall@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COBALT PARTNERS, LP, et al., | ) | Case No. 3:16-cv-02263-WHA |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | SCHEDULING ORDER |
| vs. | ) | |
| | ) | |
| SUNEDISON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[Caption continued on following page.]

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al., | Case No. 3:16-cv-02264-WHA |
| Plaintiffs, | |
| vs. | |
| SUNEDISON, INC., et al., | |
| Defendants. | |
| OMEGA CAPITAL INVESTORS, L.P., et al., | Case No. 3:16-cv-02268-WHA |
| Plaintiffs, | |
| vs. | |
| SUNEDISON, INC., et al., | |
| Defendants. | |

1178341_1

1        Pursuant to the Court's instruction during the August 18, 2016 hearing in the above-
2   captioned actions, the parties, by and through their respective undersigned counsel of record, submit
3   the following stipulation and proposed order:

4        WHEREAS, on March 28, 2016, the action captioned *Cobalt Partners, LP, et al. v.*
5   *SunEdison, Inc., et al.* ("*Cobalt*") was filed in the Superior Court of California, San Mateo County;

6        WHEREAS, on March 29, 2016, the action captioned *Glenview Capital Partners, L.P., et al.*
7   *v. SunEdison, Inc., et al.* ("*Glenview*") was filed in the Superior Court of California, San Mateo
8   County;

9        WHEREAS, on March 30, 2016, the action captioned *Omega Capital Investors, L.P., et al. v.*
10  *SunEdison, Inc., et al.* ("*Omega*") was filed in the Superior Court of California, San Mateo County;

11       WHEREAS, on April 26, 2016, defendants removed the *Cobalt*, *Glenview* and *Omega*
12  actions to federal court;

13       WHEREAS, on August 12, 2016, defendants, pursuant to extensions of time previously
14  agreed to by plaintiffs and granted by the Court, filed eight motions to dismiss the *Glenview* and
15  *Omega* complaints and two joinders on a variety of grounds (*see Omega* Dkt. Nos. 118, 120, 121,
16  123, 125; *Glenview* Dkt. Nos. 129, 131, 133, 134, 136) (collectively, the "Motions");

17       WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, plaintiffs' responses to the Motions would
18  be due by August 26, 2016, and defendants' replies would be due by September 2, 2016;

19       WHEREAS, the hearing on the Motions was set for September 22, 2016, a date on which
20  plaintiffs' counsel is unavailable;

21       WHEREAS, in the *Cobalt* action, defendants' motion to dismiss is fully briefed, and on
22  August 4, 2016, the Court entered an order postponing the hearing on the motion to dismiss until a
23  date to be determined after resolution of the pending motions to remand and transfer;

24       WHEREAS, a hearing on motions to establish an MDL proceeding including the *Cobalt*,
25  *Glenview* and *Omega* actions is set for September 29, 2016 in Washington D.C. and the hearing on
26  motions to remand or transfer the *Terraform Global Inc. IPO* actions pending in front of Judge
27  Freeman is set for October 6, 2016;

28

STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER - 3:16-cv-02263-WHA     - 1 -

1    WHEREAS, due to the number and complexity of the issues raised in defendants' Motions

2    and in light of other pending or anticipated filings in these actions, plaintiffs have requested

3    additional time to prepare their responses to defendants' Motions; and

4    WHEREAS, the Court, at the August 18, 2016 hearing, said it would grant plaintiffs an

5    additional two weeks and defendants an additional one week to submit their opposition and reply

6    briefs on the Motions.

7    NOW THEREFORE, the parties hereby agree and stipulate to the following:

8    1.    Plaintiffs' oppositions to the Motions shall be filed on or before September 9, 2016;

9    2.    Defendants' replies in support of their Motions shall be filed on or before

10   September 23, 2016; and

11   3.    The hearing on the motions to dismiss in the *Cobalt, Glenview* and *Omega* actions

12   shall be reset for October 13, 2016 or such other date as may be determined by the Court.

13   IT IS SO STIPULATED.

14   DATED:  August 22, 2016                    ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
15                                              DENNIS J. HERMAN
                                                DAVID W. HALL
16

17                                                    s/Dennis J. Herman
18                                                DENNIS J. HERMAN

19                                              Post Montgomery Center
                                                One Montgomery Street, Suite 1800
20                                              San Francisco, CA  94104
                                                Telephone:  415/288-4545
21                                              415/288-4534 (fax)

22                                              ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
23                                              DARREN J. ROBBINS
                                                JAMES I. JACONETTE
24                                              SCOTT H. SAHAM
                                                SUSAN G. TAYLOR
25                                              JENNIFER N. CARINGAL
                                                655 West Broadway, Suite 1900
26                                              San Diego, CA  92101
                                                Telephone:  619/231-1058
27                                              619/231-7423 (fax)

28                                              Attorneys for Plaintiffs

1

2   DATED:  August 22, 2016                    WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
3                                              MICHAEL BONGIORNO
                                               TIMOTHY PERLA
4

5

6                                                      s/Timothy Perla
                                               TIMOTHY PERLA
7
                                               60 State Street
8                                              Boston, MA  02109
                                               Telephone: 617/526-6000
9                                              617/526-5000 (fax)

10                                             WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
11                                             JIE (LISA) LI (260474)
                                               950 Page Mill Road
12                                             Palo Alto, California 94304
                                               Telephone:  650/858-6000
13                                             650/858-6100 (fax)

14                                             Attorneys for Defendants TerraForm Global, Inc.,
                                               TerraForm Global, LLC and Peter Blackmore
15

16  DATED:  August 22, 2016                    SIDLEY AUSTIN LLP
                                               SARA B. BRODY (130222)
17                                             JAIME A. BARLETT (251825)
                                               SARAH A. HEMMENDINGER (298659)
18

19                                                     s/Jaime A. Barlett
                                               JAIME A. BARLETT
20
                                               555 California Street, Suite 2000
21                                             San Francisco, CA  94104
                                               Telephone:  415/772-1200
22                                             415/772-7400 (fax)

23                                             SIDLEY AUSTIN LLP
                                               NORMAN J. BLEARS (95600)
24                                             1001 Page Mill Road, Building 1
                                               Palo Alto, CA  94304
25                                             Telephone: 650/565-7000
                                               650/565-7100 (fax)
26

27

28

1

2 SIDLEY AUSTIN LLP
 ROBIN WECHKIN
3 701 Fifth Avenue, Suite 4200
 Seattle, WA  98104
4 Telephone: 206/262-7680
 650/565-7100 (fax)

5 Attorneys for Defendants Ahmad Chatila, Jeremy
 Avenier, Brian Wuebbels, Martin Truong,
6 Emmanuel Hernandez, Antonio R. Alvarez,
 Clayton Daley, Jr., Georganne Proctor, Steven
7 Tesoriere, James B. Williams and Randy H.
 Zwirn

8

9 DATED:  August 22, 2016  RAMSEY & EHRLICH LLP
 ISMAIL J. RAMSEY (189820)
10 KATHARINE ANN KATES (155534)

11

12 _____
 s/Ismail J. Ramsey
13 ISMAIL J. RAMSEY

 803 Hearst Avenue
14 Berkeley, CA  94710
 Telephone: 510/548-3600
15 510/291-3060 (fax)

16 HINCKLEY ALLEN & SNYDER LLP
 KEVIN J. O'CONNOR
17 JAMES L. TUXBURY
 RHIANNON A. CAMPBELL
18 28 State Street
 Boston, MA  02109-1775
19 Telephone: 617/378-4190
 617/378-4191 (fax)

20

21 Attorneys for Defendant Carlos Domenech
 Zornoza

22

23 DATED:  August 22, 2016  O'MELVENY & MYERS LLP
 DANIEL H. BOOKIN (78996)

24

25 _____
 s/Daniel H. Bookin
26 DANIEL H. BOOKIN

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER - 3:16-cv-02263-WHA  - 4 -

Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: 415/984-8700
415/984-8701 (fax)

Attorneys for Defendant Alejandro Hernandez

DATED:  August 22, 2016                SHEARMAN & STERLING LLP
                                       PATRICK D. ROBBINS (152288)


                                            s/Patrick D. Robbins
                                       PATRICK D. ROBBINS

                                       535 Mission Street, 25th Floor
                                       San Francisco, CA  94105
                                       Telephone:  415/616-1210
                                       415/616-1199 (fax)

                                       SHEARMAN & STERLING LLP
                                       ADAM S. HAKKI
                                       DANIEL C. LEWIS
                                       599 Lexington Avenue
                                       New York, NY  10022-6069
                                       Telephone: 212/848-4000
                                       646/848-4924 (fax)

                                       Attorneys for Defendants Goldman, Sachs & Co.,
                                       J.P. Morgan Securities LLC, Barclays Capital
                                       Inc., Citigroup Global Markets Inc., Morgan
                                       Stanley & Co. LLC, Merrill Lynch, Pierce,
                                       Fenner & Smith Incorporated, Deutsche Bank
                                       Securities Inc., BTG Pactual US Capital LLC,
                                       Itaú BBA USA Securities, Inc., SMBC Nikko
                                       Securities America Inc., SG Americas Securities,
                                       LLC and Kotak Mahindra, Inc.

                                *        *        *

                              **O R D E R**

       PURSUANT TO STIPULATION, IT IS SO ORDERED.


   DATED:  ___August 22, 2016.___          _____
                                           THE HONORABLE WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE