1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   COBALT PARTNERS, LP, COBALT
     PARTNERS II, LP, COBALT OFFSHORE
11   MASTER FUND, LP AND COBALT KC
     PARTNERS, LP,
12
13              Plaintiffs,                          No. C 16-02263 WHA

14        v.                                         *Related Cases:*

15   SUNEDISON, INC., AHMAD CHATILA, BRIAN           No. 16-cv-02264-WHA
     WUEBBELS, MARTIN TRUONG, ALEJANDRO              No. 16-cv-02265-WHA
16   HERNANDEZ, EMMANUEL HERNANDEZ,                  No. 16-cv-02268-WHA
     ANTONIO R. ALVAREZ, PETER BLACKMORE,            No. 16-cv-04883-WHA
17   CLAYTON DALEY JR.,  GEORGANNE
     PROCTOR, STEVEN TESORIERE, JAMES B.
18   WILLIAMS, RANDY H. ZWIRN, GOLDMAN,
     SACHS & CO., J.P. MORGAN SECURITIES LLC,        **REQUEST FOR RESPONSE**
19   MORGAN STANLEY & CO. LLC, MERRILL               **REGARDING COORDINATION**
     LYNCH, PIERCE, FENNER & SMITH                   **OF CASES**
20   INCORPORATED, DEUTSCHE BANK
     SECURITIES INC., MACQUARIE CAPITAL
21   (USA), INC., MCS CAPITAL MARKETS LLC and
     DOES 1- 25, inclusive,
22
                Defendants.
23   _____/

24   AND RELATED CASES.
     _____/
25

26        On August 26, 2016, an order denied motions to remand as to four of the related cases

27   and certified an issue for interlocutory review under 28 U.S.C. 1292 (*see* Case No. 16-02265,

28   Dkt. No. 73).  Plaintiffs in *Cobalt*, *Glenview*, and *Omega* subsequently filed petitions for

United States District Court

For the Northern District of California

interlocutory review pursuant 28 U.S.C. 1292.  Plaintiffs in the *Bloom* class action did not file a petition for interlocutory review.

On September 7, 2016, an order related a fifth action, *Bloom II* (Case No. 16-cv-04883-WHA) to these actions.

This order requests responses from the parties regarding the following question:  to what extent should the *Bloom* class action (Case No. C 16-02265 WHA) and the newly-related class action (Case No. 16-cv-04883-WHA), *Bloom II*, be stayed pending such time as our court of appeals acts upon the pending petitions for interlocutory review? **BY SEPTEMBER 13, 2016 AT NOON**, the parties may submit briefs of no more than five pages responding to this question. The Court asks the parties to consolidate briefs where appropriate and avoid submitting duplicative briefs.

**IT IS SO ORDERED.**

Dated:  September 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2