IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES BLOOM AND SHARON BURNSTEIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SUNEDISON, INC. ET AL.,

Defendants.

AND RELATED CASES.

No. 16-02265 WHA

*Related Cases:*

Case No. 16-cv-02263-WHA
Case No. 16-cv-02264-WHA
Case No. 16-cv-02268-WHA
Case No. 16-cv-04883-WHA

**ORDER TRANSFERRING** *BLOOM* **ACTIONS**

Pursuant to the prior order granting defendants' motion to transfer (Dkt. No. 73), and the prior order consolidating *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No. 16-cv-04883-WHA) (Dkt. No. 80), *Bloom I* and *Bloom II* are hereby transferred to the United States District Court for the Southern District of New York.

The Clerk shall transfer *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No. 16-cv-04883-WHA) forthwith. The related actions — *Cobalt*, *Glenview*, and *Omega* — shall remain stayed pending resolution of the petitions for interlocutory review.

**IT IS SO ORDERED.**

Dated: September 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE