UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COBALT PARTNERS, LP; et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> SUNEDISON, INC.; et al., <br><br> Defendants-Respondents. | No. 16-80118 <br><br> D.C. No. 3:16-cv-02263-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: CANBY and CLIFTON, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

hmb/MOATT