**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COBALT PARTNERS, LP, COBALT PARTNERS II, LP, COBALT OFFSHORE MASTER FUND, LP AND COBALT KC PARTNERS, LP,

    Plaintiffs,

v.

SUNEDISON, INC., AHMAD CHATILA, BRIAN WUEBBELS, MARTIN TRUONG, ALEJANDRO HERNANDEZ, EMMANUEL HERNANDEZ, ANTONIO R. ALVAREZ, PETER BLACKMORE, CLAYTON DALEY JR., GEORGANNE PROCTOR, STEVEN TESORIERE, JAMES B. WILLIAMS, RANDY H. ZWIRN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., MACQUARIE CAPITAL (USA), INC., MCS CAPITAL MARKETS LLC and DOES 1- 25, inclusive,

    Defendants.

AND RELATED CASES.

No. C 16-02263 WHA

*Related Cases:*

No. 16-cv-02264-WHA
No. 16-cv-02268-WHA

**ORDER LIFTING STAY AND TRANSFERRING ACTIONS**

On March 8, our court of appeals declined to review the issues certified for interlocutory review under 28 U.S.C. 1292 in the above captioned cases. Accordingly, the stays pending appeal are **LIFTED**, and the actions are hereby **TRANSFERRED** to the United States District Court for the Southern District of New York. (This order transfers the entire actions, which had

already been transferred for pretrial proceedings to the Southern District of New York by the JPML).

**IT IS SO ORDERED.**

Dated: March 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE